STATE OF NORTH CAROLINA v. LOUIS DONALD HORTON

No. 7512SC275

(Filed 18 June 1975)

APPEAL by defendant from *Walker, Judge*. Judgment entered 16 January 1975 in Superior Court, CUMBERLAND County. Heard in the Court of Appeals 10 June 1975.

BRITT, HEDRICK and MARTIN, Judges.

No error.